BEFORE THE THIRD DIVISION, FEBRUARY 27, 1964

No. 68336.—Daniel F. Young, Inc. v. United States, protest 62/17400 (New York).

Opinion by Richardson, J. In accordance with stipulation of counsel that the merchandise consists of lift vans similar in all material respects to those the subject of *W. J. Byrnes & Co.* and *Far East Van Service, Inc.* v. *United States* (47 Cust. Ct. 73, C.D. 2282), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MARCH 5, 1964

No. 68337.—Hakansson Industries, Inc., et al. v. United States, protests 61/2081–11532, etc. (Chicago).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of steel bandsaws in coils similar in all material respects to those the subject of *J. E. Bernard & Co., Inc.* v. *United States* (50 Cust. Ct. 41, C.D. 2386), the claim of the plaintiffs was sustained.

No. 68338.—Duffco International Corp. v. United States, protest 60/22114–11277 (Chicago).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of electric food juicers similar in all material respects to those the subject of Abstract 65798, the claim of the plaintiff was sustained.